FILED

SEP 26 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 99cr0601 |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INFORMATION |
| ATALO HERNANDEZ-BELTRAN, | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the information in the above-captioned case against ATALO HERNANDEZ-BELTRAN, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: 9-26-13.

HONORABLE NITA L. STORMES
United States District Court